391 A.2d 703

Commonwealth v. Wells, Appellant.

Argued March 15, 1978. Marilyn C. Zilli, Assistant Public Defender, for appellant; Jane G. Penny, Deputy District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

391 A.2d 704

Commonwealth v. Whalen, Appellant.

Submitted September 12, 1977. Lester L. Greevy, Jr., for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.